UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CONDOR INSURANCE LTD.,

             Petitioner,

- against -

JEFFREY BRUNKEN,
PROMED CASUALTY INSURANCE CO., LTD.,

             Respondents.
------------------------------------------------------------x

06 Civ. 4385 (AKH)

ORDER

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties appeared before me for oral argument July 21, 2006 regarding Petitioner's motion to vacate the arbitration pre-hearing security award, Respondents' motion to confirm the award, and Respondent Brunken's motion to dismiss the action against him. For the reasons stated on the record, I grant Respondents' motion confirming the award and deny Petitioner's motion to vacate. I also grant Respondent Brunken's motion to dismiss.

    The clerk shall enter and judgment and mark the case closed.

    SO ORDERED.

Dated:  New York, New York
          July 21, 2006

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/06

EXHIBIT A