UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROMED CASUALTY INSURANCE    :
COMPANY LTD. and PROMED
REINSURANCE LTD.,            :

                             :
         Petitioner,
                             :      **ORDER**
    v.
                             :      06 Civ. 1306 (RMB)
CONDOR INSURANCE LIMITED,    :

                             :
         Respondent.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

    For the reasons stated on the record at the hearing held on May 17, 2006, the Petition to Compel Arbitration is granted. (See Transcript of Proceedings Before the Court, dated May 17, 2006.)

    The Clerk of the Court is respectfully requested to close this case.

Dated: New York, New York
       May 17, 2006

                                                                    _RMB_
                                      Hon. Richard M. Berman, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 17, 06

EXHIBIT B