UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF YORK
-------------------------------------------------------- X
                                                         :
PROMED CASUALTY INSURANCE                                :    ECF Case
COMPANY LTD. and PROMED                                  :
REINSURANCE LTD.,                                        :    Civil Action No. 07 CV 5769 (AKH)
                                                         :
            Petitioners,                                 :
                                                         :
        -and-                                            :    **ORDER TO SHOW CAUSE**
                                                         :
CONDOR INSURANCE LIMITED,                                :
                                                         :
            Respondent.                                  :
                                                         :
-------------------------------------------------------- X

    **THIS MATTER** having been presented to the Court on the application of DAVID M TAUS, LLC., attorneys for Petitioners, and it appearing that notice has been given to Respondent and the Court having considered the pleadings on file, and good cause having been shown;

    IT IS on this _____ day of June, 2007,

    **ORDERED** that at _____ o'clock in the forenoon or as soon thereafter as counsel may be heard on _____, the Respondent shall show cause before this Court in the Courthouse, 500 Pearl Street, New York, New York, why an Order should not be entered Confirming an Arbitration Award issued December 15, 2006, and entering Judgment thereon in the amount of $5,345,482.65 plus interest at 12% per annum from June 11, 2007; and it is further

    **ORDERED** that Respondent is required to serve upon the attorney for Petitioners an Answer to the Petition within ___ days after the service of the within Order to Show Cause, Petition and accompanying Declaration and Memorandum of Law; and should Respondent fail to answer or

*[Handwritten annotation:] Motion denied. There's no reason why proceed. Pet'rs should move by Notice of Motion. 6-29-07 [signature] AKH*