AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

SERVICE OF:        **SUMMONS AND PETITION TO CONFIRM ARGITRATOR'S AWARD**
EFFECTED (1) BY ME:    **OUT OF STATE**
TITLE:        **PROCESS SERVER**                DATE:  7-13-07
                                                        4:25pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant: *Michele Laurence / Office MGR.*

CONDOR INSURANCE LIMITED C/O LIPSITZ, NASSAU & SCHWARTZ

Place where served: *1100 Fifth ave      at office of Lipsitz, Nassau & Schwartz*
*Pittsburgh, PA 15213*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant: _____

Description of person accepting service:

SEX: *F*  AGE: *45*  HEIGHT: *5'5"*  WEIGHT: *200*  SKIN: *W*  HAIR: *Brown*  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _7/13/2007_        _____ L.S. *Frank Libarri*
                        SIGNATURE OF OUT OF STATE
                        GUARANTEED SUBPOENA SERVICE, INC.
                        2009 MORRIS AVENUE
                        UNION, NJ 07083

ATTORNEY:     DAVID M. TAUS
PLAINTIFF:    PROMED CASUALTY INSURANCE COMPANY, LTD, ET AL
DEFENDANT:    CONDOR INSURANCE LIMITED
VENUE:        DISTRICT
DOCKET:       07 CV 5769

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RN